IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**TONY A. ADAMS, Jr.,**

        Petitioner,

v.                             **CIVIL ACTION NO. 2:07cv67**
                                     **(Judge Maxwell)**

**WARDEN at USP Hazelton,**

        Respondent.

## ORDER
## GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

On August 21, 2007, the petitioner, Tony A. Adams, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241. In addition, the petitioner filed a Motion for Leave to Proceed *in forma pauperis* and a Prisoner Trust Account Report. However, he failed to include the required ledger sheets. On September 25, 2007, in Response to a Notice of Deficient Pleading, the petitioner filed another Prisoner Trust Account Report with the required ledger sheets which reveal that at the time he filed his petition, he had an account balance of $2.96.

Accordingly, it is **ORDERED** that the petitioner's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED.**

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: September 27, 2007.

                                              /s/ James E. Seibert
                                              **JAMES E. SEIBERT**
                                              **UNITED STATES MAGISTRATE JUDGE**